

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ALMA EVELYNE DIVINE,<br><br>                    Defendant. | CASE NO. 12CR3163-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

        21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE;

        18 USC 2 - AIDING AND ABETTING

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/21/12

William McCurine, Jr.
U.S. Magistrate Judge